UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

VS.                                    NO. 3:18CR40

NATHAN CALEB BROWN                          DEFENDANT

EXCERPT OF TESTIMONY
OF BRANDY BROWN AND JASON BROWN

HEARING ON MOTION TO REVOKE OR AMEND
ORDER OF DETENTION PENDING TRIAL

BEFORE HONORABLE SHARION AYCOCK
CHIEF UNITED STATES DISTRICT JUDGE

Aberdeen, Mississippi
April 23, 2018

APPEARANCES:

For the Government:   CLAYTON A. DABBS, Esquire
                     CLYDE McGEE, IV, Esquire
                     U.S. Attorney's Office
                     900 Jefferson Avenue
                     Oxford, MS  38655

For the Defendant:   STEVEN E. FARESE, Esquire
                     JOSEPH W. COOPER, Esquire
                     Farese, Farese & Farese
                     P.O. Box 98
                     Ashland, MS  38603-0098

Court Reporter:      PHYLLIS K. McLARTY, RMR, FCRR, CCR #1235
                     Federal Official Court Reporter
                     301 West Commerce Street, #13
                     Aberdeen, MS  39730

1      * * * * *

2           **THE COURT:**  Mr. Farese.

3           **MR. FARESE:**  May it please the Court, Your Honor, I

4      call Brandy Brown.

5        (OATH WAS ADMINISTERED BY THE COURTROOM DEPUTY.)

6           **COURTROOM DEPUTY:**  Please state your name for the

7      record.

8           **THE WITNESS:**  Brandy Brown.

9           **COURTROOM DEPUTY:**  And have a seat in the witness

10     stand.

11     **BRANDY BROWN, DEFENDANT'S WITNESS, AFTER BEING DULY SWORN, WAS**

12                  **EXAMINED AND TESTIFIED AS FOLLOWS:**

13                       **DIRECT EXAMINATION**

14     **BY MR. FARESE:**

15     **Q.**    Ms. Brown, where do you reside?

16     **A.**    Southaven, Mississippi.

17     **Q.**    Okay.

18           **MR. FARESE:**  Can you hear her okay?

19           **MR. DABBS:**  Yeah.

20           **MR. FARESE:**  Okay.

21     **BY MR. FARESE:**

22     **Q.**    And how long have you resided there?

23     **A.**    Since 2007.

24     **Q.**    Prior to 2007, where did you reside?

25     **A.**    Memphis.

1   **Q.**   And how long had you lived in Memphis?

2   **A.**   My entire life, since I was born.

3   **Q.**   Okay.  Did you go to school in Memphis?

4   **A.**   I did.

5   **Q.**   Where did you go to high school?

6   **A.**   At Memphis Catholic and Elliston Baptist.

7   **Q.**   Are you kin to the defendant in this matter, Caleb Brown?

8   **A.**   Yes, sir.

9   **Q.**   And how are y'all related?

10  **A.**   I'm his mom.

11  **Q.**   Okay.  Would you tell me your marital status?

12  **A.**   Divorced.

13  **Q.**   And when were you divorced?

14  **A.**   2015.

15  **Q.**   Okay.  And as a result of that divorce, who lives in your
16  household?

17  **A.**   Caleb.

18  **Q.**   Okay.  Do you have any other children?

19  **A.**   My daughter, Emily.

20  **Q.**   And is -- does Emily have any children?

21  **A.**   Yes, sir.

22  **Q.**   How many children does she have?

23  **A.**   She has one and one expecting.

24  **Q.**   Okay.  And where is she living now?

25  **A.**   With her dad in Hernando.

1    **Q.**    Okay.  How do you and your ex get along?

2    **A.**    We get along great.

3    **Q.**    And what is his name?

4    **A.**    Jason Brown.

5    **Q.**    What does he do for a living?

6    **A.**    He's an optician.

7    **Q.**    Okay.  And how far does he live from you?

8    **A.**    Just right down the highway.  Just a few miles into

9    Hernando near the courthouse.

10    **Q.**    Okay.  And what do you do for a living?

11    **A.**    I'm -- I work in administration at a CPA firm.

12    **Q.**    Okay.  What CPA firm is that?

13    **A.**    Fouts & Morgan.

14    **Q.**    Okay.  And what are your work hours?

15    **A.**    Monday through Friday 8:00 to 5:00.

16    **Q.**    Now, I'm going to show you a picture.

17           **MR. FARESE:**  Court indulge me, please.

18      (CONFERRING OFF THE RECORD.)

19           **MR. FARESE:**  Your Honor, I would -- excuse me.

20    **BY MR. FARESE:**

21    **Q.**    Can you recognize that picture?

22    **A.**    Yes, sir.

23    **Q.**    And who's that a picture of?

24    **A.**    That's a picture of Caleb and my dad.

25    **Q.**    Okay.  What is your dad's name?

1  **A.**   Harry Cunningham, Jr.

2  **Q.**   Okay.  And what did he do for a living?

3  **A.**   He was a police officer for Memphis, Tennessee, for

4  33 years.

5  **Q.**   Okay.  Is he retired now?

6  **A.**   Yes, sir.

7  **Q.**   Okay.

8  **A.**   Retired captain.

9         **MR. FARESE:**  Your Honor, I have a number of pictures.

10  If there's not an objection, or whatever the Court desires, I

11  would like them to be entered later as a collective exhibit.

12         **THE COURT:**  Any objection?

13         **MR. DABBS:**  No objection.

14         **THE COURT:**  They will be received as a collective

15  exhibit.

16  **BY MR. FARESE:**

17  **Q.**   Tell me who's in this picture.

18  **A.**   That's Caleb and Emily.

19  **Q.**   Okay.  And approximately how old was Caleb in that

20  picture?

21  **A.**   Two, two and a half.

22  **Q.**   Are he and his sister close?

23  **A.**   They're very close.

24  **Q.**   Again, who is that?

25  **A.**   Caleb and Emily.

**Q.**   Okay.  Can you tell me who's in this photograph?

**A.**   That's Caleb and his dad.

**Q.**   Did Caleb and his dad do a lot together during Caleb's youth?

**A.**   Oh, yes.

**Q.**   Was he a good father?

**A.**   Oh, yes.  Great.

**Q.**   Is he still a good father?

**A.**   A good father.

**Q.**   Did he spend time with the children?

**A.**   Yes, he does.

**Q.**   Did he teach them values?

**A.**   Oh, yes.

**Q.**   Thank you.  Who is this picture of?

**A.**   That's me, my dad, and Caleb.

**Q.**   What does this picture reflect?

**A.**   That's us on a family trip to Florida, the kids goofing off with Jason.

**Q.**   Okay.  And this photo?

**A.**   That's Caleb with his dog, Sadie.

**Q.**   Okay.  How does Caleb get along with animals?

**A.**   He loves animals.

**Q.**   Does he --

**A.**   He's always --

**Q.**   Does he mistreat them?

1   **A.**   No, not at all.  He rescues them.

2   **Q.**   Okay.  Is this a rescue dog?

3   **A.**   It is.  It is, uh-huh.

4   **Q.**   This photograph?

5   **A.**   That's Sadie, the dog, Caleb, and Emily.

6   **Q.**   I want you to speak up just a little.  Probably not for

7   the Court or the prosecution but for me, okay?  Who is this a

8   photograph of?

9   **A.**   That's Caleb and Ms. Anne Gardino, the assistant

10  principal at Holy Rosary.

11  **Q.**   Okay.  Tell the Court what Holy Rosary is.

12  **A.**   It's a Catholic school in Memphis, grades K through

13  eighth.  I went there.  My kids both went there.

14  **Q.**   Okay.  And what grade does it go to?

15  **A.**   Eighth grade.

16  **Q.**   What's this a picture of?

17  **A.**   That's Caleb and Mr. Mullis.  He's the principal of Holy

18  Rosary.

19  **Q.**   Did Caleb graduate from Holy Rosary?

20  **A.**   Yes, sir.

21  **Q.**   And who is this?

22  **A.**   That's Caleb with Kitty.  She's a rescue as well.

23  **Q.**   This?

24  **A.**   Caleb.

25  **Q.**   Who are the people in this photograph?

1   **A.**   I don't know their names.  It's Caleb, some friends of

2   his from school.  That's Rowan, second from the right, and I

3   think his name is -- what's his name -- JT.  It was an

4   abbreviation.  They played football together.

5   **Q.**   And who is Caleb with in this photograph?

6   **A.**   That's Caleb and Ian, one of his little best friends from

7   Holy Rosary.

8   **Q.**   And this photograph?

9   **A.**   That's Taylor, Emily, and Caleb.

10  **Q.**   Emily being his sister?

11  **A.**   His sister, uh-huh.

12  **Q.**   Okay.

13  **A.**   Caleb and JT.  Caleb and Autumn.  Her name is Autumn.

14  **Q.**   Okay.  This photograph?

15  **A.**   That's Caleb and my dad on his graduation day.

16  **Q.**   From Holy Rosary, correct?

17  **A.**   From Holy Rosary.

18  **Q.**   Okay.  This?

19  **A.**   That's during his graduation inside the church at Holy

20  Rosary Church.

21  **Q.**   And this is Caleb with?

22  **A.**   His graduation, his diploma.

23  **Q.**   And this is?

24  **A.**   That's Caleb receiving his diploma from Father Martell at

25  Holy Rosary.

1   **Q.**   And this is?

2   **A.**   That's Emily, his sister, and Caleb on Christmas.

3   **Q.**   And this?

4   **A.**   Caleb, me, and Emily.

5   **Q.**   Okay.  Do you know about when that was?

6   **A.**   That was fall of 2015.  We were at my nephew's wedding

7   reception.

8   **Q.**   And this?

9   **A.**   Same day.  That's Emily and Alan and Sammy and me and

10   Caleb, and that's Tyler in the background.

11   **Q.**   Would you consider Caleb to be antisocial?

12   **A.**   No, not at all.

13   **Q.**   Do you consider him to have any type of mental

14   deficiencies of any kind?

15   **A.**   No.

16   **Q.**   Now, when Caleb was younger, he had a learning

17   disability; is that correct?

18   **A.**   Right.

19   **Q.**   And when was that?

20   **A.**   Third grade.

21   **Q.**   And what was that disability?

22   **A.**   Reading.  It was just comprehension.

23   **Q.**   Has he overcome that disability?

24   **A.**   Yes, he did.

25   **Q.**   How?

1    **A.**    We enrolled him in a school in Little Rock called

2    LearningRx, and we drove him there twice a week from Memphis to

3    LearningRx.  And he took a series of classes over a summer, and

4    he overcame that and went back into school, and he could read a

5    lot better and did a lot better in class then because he could

6    take his tests better.

7    **Q.**    This year how was he doing in his grades?

8    **A.**    He has straight A's.

9    **Q.**    What's this a photograph of?

10    **A.**    That's Caleb, his sister, and his dad.

11    **Q.**    Okay.  Who is this?

12    **A.**    From the right, that's Caleb, Emily, and little Ella.

13    That's Emily's daughter, my granddaughter, and Caleb's niece.

14    **Q.**    Does Caleb interact with his niece?

15    **A.**    Very much.  He babysits her.

16    **Q.**    Okay.  What's this a picture of?

17    **A.**    That's Caleb with Ella, his niece.

18    **Q.**    And this picture?

19    **A.**    The same, Caleb with Ella, his niece.

20    **Q.**    Okay.  And this picture?

21    **A.**    Caleb and Ella, and then right down in the bottom is his

22    new little dog Scarlett.  She was also a rescue.

23    **Q.**    And this is a picture of?

24    **A.**    That's Blake and Caleb.

25    **Q.**    Do you know when that was made?

1  **A.**    Within this last year.  Within the last six or

2  seven months.

3  **Q.**    Okay.  And this photograph?

4  **A.**    That is a picture of Caleb with Blake and Larry.  And I

5  don't know the little girl's name.  They were at Larry's

6  birthday party.

7  **Q.**    And when was this?

8  **A.**    Within the last six months.

9  **Q.**    And this photograph?

10  **A.**    That's his senior picture, his graduation picture.

11  **Q.**    That one also?

12  **A.**    Oh, yes, sir.  Sorry.  Yes, sir.

13  **Q.**    Okay.

14        **MR. FARESE:**  Now, Your Honor, I would ask that these

15  be admitted as collective Exhibit Number 10.

16        **THE COURT:**  Hearing no objection, they're admitted.

17      (EXHIBIT NO. D-10 ADMITTED INTO EVIDENCE.)

18        **MR. FARESE:**  Your Honor, I would ask the Court to

19  allow us to make copies of these photographs.  They're family

20  photos and the only ones they have.

21        **THE COURT:**  Okay.  You may substitute copies.

22        **MR. FARESE:**  Thank you, Your Honor.

23  **BY MR. FARESE:**

24  **Q.**    Ms. Brown, previously in collective Exhibit 9 and -- the

25  U.S. Attorney has shown this knife to the Court.  Do you

1  recognize that?

2  **A.**   I do.

3  **Q.**   Did Caleb buy this knife?

4  **A.**   No, he did not.

5  **Q.**   How did he come into possession of that knife, if you

6  know?

7  **A.**   My sister gave it to him.  My brother-in-law passed away

8  a couple of years ago, and that was one of his knives, so my

9  sister gave it to Caleb as a remembrance of Winfred.

10 **Q.**   Okay.  Now, let's talk about the guns that were found in

11 your house.  You heard the agent, Mr. Boling, state that a

12 firearm was found on a piece of furniture in your bedroom,

13 correct?

14 **A.**   True.

15 **Q.**   What type of gun was that?

16 **A.**   A Smith & Wesson .38.

17 **Q.**   Okay.  And why was that on top of your furniture?

18 **A.**   On top of the chest of drawers, on the very top, in the

19 very back.

20 **Q.**   And why was that there?

21 **A.**   Why was it there?  So I could get to it close for home

22 protection.

23 **Q.**   Okay.

24 **A.**   That's all I have to protect myself.

25 **Q.**   Do you have any other weapons you --

1  **A.**    I do.  I have two -- two guns.

2  **Q.**    Okay.  And tell me about those.  Did you have ammunition

3  for those guns?

4  **A.**    No, sir.

5  **Q.**    Where did those two guns come from?

6  **A.**    One was a Derringer that I bought because I thought it

7  was -- I don't know.  It was, no bullets, in my lingerie

8  drawer.  The other one I purchased recently.  It's a .380, no

9  bullets.  It was in the plastic contain -- in the box it comes

10  in.  It was in the bottom of a dresser drawer with other things

11  on top of it.

12  **Q.**    Okay.  Now, have you ever seen Caleb touch a gun?

13  **A.**    No.

14  **Q.**    You've certainly never seen him fire a gun, correct?

15  **A.**    Correct.

16  **Q.**    Has he ever exhibited any tendencies or curiosity about

17  firearms?

18  **A.**    No.

19  **Q.**    Would you describe to the Court what type of young man

20  Caleb is from your perspective?

21  **A.**    From my perspective, he is a sweet and caring young man.

22  He will go out of his way to do anything for anyone.  He would

23  never hurt anyone.  He jokes.  He's got a weird way of joking.

24  He does like to get a rise out of people.  He likes to see

25  other people's responses.  He thinks it's humorous how people

1  will run with something that he says and the lengths they will
2  take it to.

3        He's always wanting to pick animals up off the side of
4  the road and bring them home.  I'm having to tell him no.  He
5  babysits his niece.  And he's always there whenever I need him.
6  He's always with me.  He always does anything that I need him
7  to.  He's my life, and he's my entire world.  He is my heart,
8  and I would trust him with my life.

9  **Q.**  Does he work?
10 **A.**  He does work.
11 **Q.**  What does he do?
12 **A.**  He's a range aid at a Tennessee Motorcycle Safety School.
13 **Q.**  And what does he do there?
14 **A.**  He -- in between the different lessons, he sets up the
15 cones, so he gets the range ready for different lessons.
16 **Q.**  And who owns that range?
17 **A.**  My mom and dad.
18 **Q.**  Okay.  And was that one of the letters submitted to the
19 Court?
20 **A.**  Yes, sir.
21 **Q.**  Okay.  Now, the government has asked you in one of the
22 exhibits about a text last year when the school called Caleb
23 in.  Do you remember that?
24 **A.**  I do.
25 **Q.**  Were the police ever called?

1   **A.**   No.

2   **Q.**   Okay.  And in that text in responding to him, you told

3   him nobody would think that was funny, correct?

4   **A.**   Right.

5   **Q.**   Okay.  Because you're an adult?

6   **A.**   Right.

7   **Q.**   Okay.  And you have children?

8   **A.**   Right.

9   **Q.**   And would it be correct to say that young men or young

10  women can't understand some feelings unless they have children

11  themselves?

12  **A.**   True.

13  **Q.**   Such as the safety of their children?

14  **A.**   True.

15  **Q.**   How does Caleb interact with his father, Jason, now?

16  **A.**   They spend a lot of time together.  Probably four to

17  five, if not more, days a week.  They go out to dinner a lot.

18  They go to movies, family functions down there.  They go to the

19  gym.  They're very close.

20  **Q.**   Do you consider Jason as a person who's been bullied?

21  **A.**   Jason has been bullied?

22  **Q.**   Excuse me.  Caleb.  I'm sorry.

23  **A.**   No.  Whenever he was younger, like, third grade -- third,

24  fourth grade, a little bit on the playground, but, no.

25  **Q.**   Okay.  Do you consider him to be antisocial?

1   **A.**   No.

2   **Q.**   Do you consider him to be a loner?

3   **A.**   No.

4   **Q.**   Okay.  If the Court saw fit in granting Caleb bond until

5   this matter comes to some sort of conclusion, would you aid the

6   Court in seeing that he followed the rules and regulations as

7   set down by the Court?

8   **A.**   Yes, sir.

9   **Q.**   If you had any trouble with him doing that -- would you

10  expect any trouble?

11  **A.**   I wouldn't expect any trouble from him at all, no.

12  **Q.**   But if you did, would you report that?

13  **A.**   I would.

14  **Q.**   Okay.

15  **A.**   I would.

16          **MR. FARESE:**  Nothing further, Your Honor.

17          **THE COURT:**  Thank you.  Cross-examination.

18          **MR. McGEE:**  May I proceed, Your Honor?

19          **THE COURT:**  You may.

20                  **CROSS-EXAMINATION**

21  **BY MR. McGEE:**

22  **Q.**   Ms. Brown, again -- hello again.  I know this is tough

23  for you.  I can't imagine what you're going through right now.

24  I wanted to show you this picture real quick.  I don't think

25  there's any dispute -- and it's a little grainy, I understand,

1 but you've probably seen the profile since then.  That is --

2 that's your son, right?

3 **A.** Right.

4 **Q.** That's your son's picture, right?

5 **A.** It is.

6 **Q.** That's not his name though, right?

7 **A.** Huh-uh.

8 **Q.** But that's his picture?

9 **A.** No, that's not his legal name.

10 **Q.** I'm sorry.  Could you speak up a little bit?

11 **A.** I'm sorry.  It's not his legal name, no.  That is his

12 picture.

13 **Q.** Okay.  And I saw some pictures previously of his -- of

14 his niece, right?

15 **A.** Right.

16 **Q.** And approximately how old is she?

17 **A.** She'll be ten months in a couple of weeks.

18 **Q.** Okay.  And so you've probably seen where Dexter Wolf

19 posted a couple of pictures of his niece on this Twitter feed?

20 **A.** I have not.

21 **Q.** Okay.

22 **A.** I have not seen it.

23 **Q.** Okay.  You have not seen that, you said?

24 **A.** No, I have not.

25 **Q.** Okay.  Are you aware of who Dexter is or what that means?

1  **A.**    It's a TV show, correct?

2  **Q.**    About serial killers, right?

3  **A.**    About a serial killer who catches serial killers.  I've
4  never watched the show.

5  **Q.**    Okay.  But you're aware of that?

6  **A.**    I know it's a character from a TV show.

7  **Q.**    Got you.  And I think, as Mr. Farese asked you here, your
8  reaction to your son telling you -- what he said about
9  Columbine, your reaction was, "Well, of course, they didn't
10  find it funny.  Nobody finds shit like that funny."  Right?

11  **A.**    I don't find it funny.

12  **Q.**    It's not funny, is it?

13  **A.**    I don't think it is.

14  **Q.**    I agree.  And I'm sure -- as you stated there, I'm sure
15  your reaction, you know, was, I can't believe my son, you know,
16  posted that and now he's in trouble, right?

17  **A.**    Well, I understand Caleb's humor.

18  **Q.**    Right.  But, I mean, I'm sure your reaction was, that was
19  not smart.  I can't believe he did that.  Right?

20  **A.**    It wasn't a smart thing to post for the world to see --

21  **Q.**    Right.

22  **A.**    -- which is why I told him not everyone finds that funny.
23  After that, he discussed his humor in private settings.

24  **Q.**    Right.  And so you -- I think before that it had
25  mentioned -- or you had mentioned that, "Did I not warn you to

1  pay more mind to things you say and post?"  And that was back

2  in 2017, right?  So you had warned him before, right?

3  **A.**   About posting things to a public forum.

4  **Q.**   Correct.  And you warned him, and he did it, right?  He

5  still did it, right?

6  **A.**   Uh-huh.  Not on a public forum.  He posted among his

7  group of friends.

8  **Q.**   Right.  Well, you know, maybe group of friends, but

9  someone got scared, in his words.  This is in your son's words.

10  Someone got scared and told their parents, right?  So someone

11  obviously saw that --

12  **A.**   Right.

13  **Q.**   -- in a public setting and notified --

14  **A.**   Right.

15  **Q.**   -- the police, right --

16  **A.**   That's --

17  **Q.**   -- or the school?  Excuse me.

18  **A.**   Right.

19        **THE COURT:**  Excuse me, Mr. McGee.  Could I get you to

20  move just a little closer to the mike?

21  **BY MR. McGEE:**

22  **Q.**   And I'm not trying to trick you, I promise.  All I'm

23  asking is, you warned him, and he still posted something on

24  Instagram, right?

25  **A.**   That's what I said.  Is that too loud?

1   **Q.**   Okay.  Fair enough.  And, again, we saw a lot of pictures

2   of him when he was younger and whatnot, but he's 19 1/2 years

3   old?

4   **A.**   He's today, yes.

5   **Q.**   Right?

6   **A.**   Right.  Today he's 19.

7   **Q.**   Today he's 19 1/2?

8   **A.**   Right.

9   **Q.**   Okay.  So, essentially, he's a grown man, right?

10   **A.**   He's 19.

11   **Q.**   Right.

12   **A.**   He doesn't think like a 19-year-old.

13   **Q.**   Sure.  So you warned him again, I guess, in April of

14   2017.  He did it again, right, in February and March, because

15   that's why we're here today, right?

16   **A.**   He did it in a different setting.  In my --

17   **Q.**   A public setting though, right?

18   **A.**   In my opinion, he now interacts in a controlled group

19   with friends who understand him and his sense of humor.

20   **Q.**   Okay.  Are you aware that this -- these tweets went out

21   in a public setting?  In fact, I can pull out my phone right

22   now and show you these tweets --

23   **A.**   Uh-huh.

24   **Q.**   -- right?

25   **A.**   I don't know.

1    **Q.**    You're not aware of that?

2    **A.**    I don't know.  I've not looked at them on Twitter.

3    **Q.**    Okay.  Anyway, I guess my question is -- and, again, not

4    a trick question -- you warned him again in April of 2017, and

5    he posted stuff again, right?

6    **A.**    If I tell -- okay, yes.  If I tell Caleb this is what I

7    think, that doesn't mean a light bulb goes off in his head and

8    that's what he now thinks.  It's just me saying that.  And

9    then --

10   **Q.**    I agree.

11   **A.**    Right.  So he doesn't necessarily understand what I've

12   said.

13   **Q.**    Because you -- I mean, nobody can control every person in

14   the world, right?  I mean, you can't control a 19 1/2-year-old

15   son, right?

16   **A.**    I can't control what he thinks --

17   **Q.**    Exactly.

18   **A.**    -- right.

19   **Q.**    That's right.

20   **A.**    And I can't control his humor.

21   **Q.**    Speaking of what he thinks, this has to concern you a

22   little bit, I know.  I mean, I have children, and this has got

23   to concern you.  Where he said, "If I tweeted my thoughts, no

24   one would believe they're my actual thoughts or believe my name

25   is actually Dexter since I think about killing people in

1    detail, how to get away with it, what to take as trophies, and

2    what kind of ritual to do."  That's got to be a little

3    concerning, right?

4    **A.**    I think that's from the TV show, right?  Because --

5    **Q.**    I don't believe it is.

6    **A.**    -- his name is not actually Dexter.

7         **MR. FARESE:**  Objection --

8         **THE COURT:**  Okay.  Excuse me.  I don't need all of you

9    talking at the same time.  We're trying to make a record.  So a

10   question was asked.  Don't answer it.  I have an objection.

11        **MR. FARESE:**  Your Honor, I object to being

12   argumentative with the witness.  If she knows what the TV show

13   is, she can answer.  If he doesn't know, he can't question

14   that.

15        **MR. McGEE:**  Your Honor, I can rephrase my question.

16        **THE COURT:**  It's overruled.  You may rephrase.

17   **BY MR. McGEE:**

18   **Q.**    Ms. Brown, again, I'm not trying to argue with you, and

19   I apologize if I was.  I'm sorry.  Are you testifying under

20   oath that that is a quote from Dexter?

21   **A.**    I don't know for sure, but I think it is.  That's why I

22   said I think, isn't it?  I was kind of asking.  Is it that?  I

23   think it is because -- wait a minute.  Hold on.  Let me see

24   this.  Believe my --

25        **THE COURT:**  Okay.  You're mumbling.

1    **THE WITNESS:** I'm sorry. I was trying to reread that
2    real quick.
3    **A.** Or my -- believe my name is actually Dexter. Because his
4    name isn't actually Dexter, so that makes me think that that's
5    from the TV show because his name is not Dexter. Does that
6    make sense?
7    **BY MR. McGEE:**
8    **Q.** Right. Yeah, I understand what you're saying.
9    **A.** Okay.
10   **Q.** And so when you see things like this and things where he
11   talks about a Columbine version two -- we've seen that a bunch,
12   right? When you see that, you're not concerned at all?
13   **A.** No. I know -- I know Caleb. I know he doesn't mean
14   anything by that.
15   **Q.** But, again, we can't get in somebody's mind, right?
16   Right?
17   **A.** Not all of the time.
18   **Q.** Right.
19   **A.** But I know Caleb's humor.
20   **Q.** And so was your reaction when -- and I can't imagine it
21   being anything else, but was your reaction when this happened,
22   I can't believe this happened again?
23   **A.** I couldn't believe any of it was happening to be honest.
24   **Q.** Right.
25   **A.** The entire thing -- I can't believe the entire thing was

1  happening.

2  **Q.**    In other words, I can't believe we're sitting here in

3  federal court because he posted, again, something about school

4  shootings and whatnot?

5  **A.**    I just -- not necessarily just that.  It's all of it.

6  It's --

7  **Q.**    And so let me ask you this.  If -- if, God forbid, Caleb

8  would have shot up a school, would your testimony be the exact

9  same today?

10 **A.**    It would be --

11 **Q.**    Okay.

12 **A.**    -- because I know Caleb.  I believe him.  He just says

13 things.  He posts things.  It's his sense of humor.  He says it

14 knowing that people know he's joking, as they should know that

15 he's joking, and he's just joking.

16         **MR. McGEE:**  That's all I have.  Thank you.

17                      **REDIRECT EXAMINATION**

18 BY MR. FARESE:

19 **Q.**    Ms. Brown, you were asked about Caleb's age being 19.

20 Does his maturity match his chronological age?

21 **A.**    I don't think so, no.

22         **MR. FARESE:**  Nothing further, Your Honor.

23         **THE COURT:**  You may step down.

24         Who would you call next?

25         **MR. FARESE:**  Jason Brown.

1    (OATH WAS ADMINISTERED BY THE COURTROOM DEPUTY.)

2            **COURTROOM DEPUTY:**  Please state your name for the

3    record.

4            **THE WITNESS:**  Jason Brown.

5            **COURTROOM DEPUTY:**  And have a seat in the witness

6    stand.

7    **JASON BROWN, DEFENDANT'S WITNESS, AFTER BEING DULY SWORN, WAS**

8                **EXAMINED AND TESTIFIED AS FOLLOWS:**

9                    **DIRECT EXAMINATION**

10   **BY MR. FARESE:**

11   **Q.**    Mr. Brown, where do you live?

12   **A.**    In Hernando, Mississippi.

13   **Q.**    How long have you lived there?

14   **A.**    Four years.

15   **Q.**    Okay.  Where did you live prior to that?

16   **A.**    Southaven.

17   **Q.**    Okay.  How long there?

18   **A.**    From '07 until '14 probably.

19   **Q.**    Okay.  And before '07, where did you live?

20   **A.**    Memphis, Tennessee, my whole life.

21   **Q.**    Okay.  How far from where you lived in Memphis is your

22   Southaven residence now?

23   **A.**    Fifteen miles.

24   **Q.**    Okay.  What do you do for a living?

25   **A.**    Optician.

1 **Q**. And where is your place of business?

2 **A**. Memphis.

3 **Q**. Okay. Approximately how far from your home?

4 **A**. Takes me about 50 minutes one way.

5 **Q**. Okay. And are you kin to the defendant in this matter?

6 **A**. He's my son, Caleb.

7 **Q**. Would you describe to the Court Caleb and the type of

8 person, from your perception, that he is.

9 **A**. Okay. Caleb is a good kid. Growing up, never caused any

10 trouble. We've gotten a lot closer here over the past few

11 years. We hang out a lot more. I've got him involved in the

12 gym. We go out to eat a lot with my parents. I mean, he's

13 just a good kid. He's never -- you know, a lot better than I

14 was growing up. I can put it to you that way. He's a good

15 kid. He's never caused me any problems.

16 **Q**. How often on an average would you say you see your son a

17 week?

18 **A**. Minimum, five days, because we're at the gym five days a

19 week and then out to eat. Sometimes seven days a week. At

20 least five.

21 **Q**. Does he come to your house?

22 **A**. He actually picks me up, because the gym is right around

23 the corner from my house.

24 **Q**. Was there anything in his childhood that would cause you

25 concern about his behavior -- behavior?

1   **A.**    No.  He was a good kid.

2   **Q.**    Have you ever noticed any violent tendencies?

3   **A.**    Caleb wouldn't hurt a fly.

4   **Q.**    Pardon?

5   **A.**    He wouldn't hurt a fly.  I mean, he's just -- he's a good

6   kid.

7   **Q.**    Have you ever seen him shoot a firearm?

8   **A.**    Never.

9   **Q.**    Have you ever seen him handle a firearm?

10  **A.**    Never.

11  **Q.**    Do you own a firearm?

12  **A.**    I do not.

13  **Q.**    You heard Caleb's mother talk about his maturity level.

14  How do you see his maturity level?

15  **A.**    I mean, I don't think he's 19.  Chronological age is 19,

16  but I'm more around the 16 mark.

17  **Q.**    Okay.  Do you consider him to be antisocial?

18  **A.**    No.  No, I do not.

19  **Q.**    Do you consider him to be a loner?

20  **A.**    No.

21  **Q.**    Do you know how he's doing in school or was doing in

22  school?

23  **A.**    A's.

24  **Q.**    And when was he scheduled to graduate?

25  **A.**    Next month.  I believe the 29th of May.

**Q.**   Okay.   Does he have interaction with other family members besides you and his mother?

**A.**   Sure.   Grandparents, great grandmother, sister, niece, yeah.

**Q.**   Does he attend family functions?

**A.**   Every time we have them, he's there.

**Q.**   And do y'all have them?

**A.**   Oh, yes.   Uh-huh.

**Q.**   If the Court saw fit to put some type of, let's say, extra restraints on him if the Court decides to grant bail on this, would you help monitor him?

**A.**   100 percent.

**Q.**   Okay.   If he did wrong or weren't obeying you, would you report that?

**A.**   Of course.

**Q.**   Would you consider Caleb as growing up in a law and order family?

**A.**   Yes, sir.

**Q.**   Do you know what his desires were to be in the future and what he wanted to be?

**A.**   He's -- he's trying to figure it out.   I mean, he's interested in pets.   He doesn't know if he wants to go that direction.   I mean, he's trying to figure it out like most 19-year-olds are.

**Q.**   Right.   As far as your ex-wife is concerned, what type of

mother is she?

**A.**    She's a good mother.

**Q.**    Is she caring?

**A.**    Of course.

**Q.**    Is she supportive?

**A.**    Yes.

**Q.**    Does she love her children?

**A.**    More than you'll know, yes.

**Q.**    Does she consider herself a law and order person?

**A.**    I believe so, yes.

**Q.**    Is there anything else you would like to add to the judge on direct before I sit down?

**A.**    I mean, just -- I mean, if he gets bond, I mean, we'll do whatever the Court says.  I mean, he'll follow all directions.  I'll make sure of it.  And, you know, if -- whatever I need to do will be done.  I mean, it doesn't matter what it is.  I'll do it.

**Q.**    Do you consider him a danger to himself or to others?

**A.**    No.  Far from -- no.

          **MR. FARESE:**  Nothing further, Your Honor.

          **THE COURT:**  Thank you.  Cross-examination.

          **MR. DABBS:**  Thank you, Your Honor.

                    **CROSS-EXAMINATION**

**BY MR. DABBS:**

**Q.**    Mr. Brown, good morning.  As I said last time, I know

1   this is brutal.  It's not something any parent wants to deal
2   with.  I just have a couple of questions.

3       Caleb, last year, was searched before he -- before he
4   went to school because of things he said on Instagram.  Now, it
5   seems like that would just shock a parent.  What was your
6   reaction to that?

7   **A.**    I went to the school and talked to the assistant
8   principal.  That was the guy that was handling it.  He informed
9   me that he didn't think much of it.  He knew Caleb.  Caleb
10  would never cause any problems.  Caleb was a good student.

11      To appease a couple of other parents, Caleb would have to
12  let him search him or his vehicle for the next two weeks and
13  then randomly for the rest of the year.

14  **Q.**    So -- so he was searched, but it didn't stop him from
15  continuing to do this bizarre online behavior?

16  **A.**    Well, not really, because the search lasted about a week,
17  and then nothing else was ever said about it.  So that's how
18  much of a -- you know, they didn't think it was anything to it.

19  **Q.**    So it doesn't sound like you have much concern about
20  Caleb.  I mean, obviously, you're his dad.  I completely
21  understand you would come -- you're going to defend your son.
22  I understand that completely.  It just doesn't sound like
23  there's much concern about Caleb.

24  **A.**    Oh, there's concern.

25  **Q.**    Do you think he needs counseling?

1 **A.** Probably.

2 **Q.** I mean, it's -- there's a picture of a dead woman that

3 says "You never forget your first kill."

4 **A.** Correct.

5 **Q.** That -- it seems like that's something that would really

6 get your attention.

7 **A.** Once again, I know Caleb. Caleb is playing a part on

8 that computer. That's not Caleb.

9 **Q.** And he primarily -- you mentioned that you would help

10 enforce whatever -- whatever the Court orders. He primarily

11 lives with his mom. That's right?

12 **A.** Correct.

13 **Q.** Isn't that right?

14 **A.** Correct. Yeah.

15 **Q.** So you don't see Caleb -- I mean, it's not like you can

16 watch Caleb 24 hours a day?

17 **A.** If he stayed at my house, I could.

18 **Q.** But you -- you have a job. You have to work?

19 **A.** Correct. I have other people that live in my -- there's

20 always at least two people in my house 24 hours a day.

21 **Q.** Okay. And just so I understand, I was -- I saw the

22 pictures earlier of a Catholic school. What age did that end?

23 **A.** Well, kindergarten to eighth. Are you 13 or 14 in the

24 eighth grade?

25 **Q.** Okay. So the -- that was not the current school he goes

1  to.  That was a previous school, the Catholic school?

2  **A.**  Correct, in Memphis.

3  **Q.**  And then he went to --

4  **A.**  DeSoto Central when we moved to Mississippi.

5  **Q.**  Okay.

6       **MR. DABBS:**  Your Honor, I believe that's all I have.

7       **THE COURT:**  Any redirect?

8                **REDIRECT EXAMINATION**

9  **BY MR. FARESE:**

10  **Q.**  There were also current pictures of him, correct?

11  **A.**  Yes.

12  **Q.**  Pictures with his high school friends?

13  **A.**  Correct.

14  **Q.**  Pictures in his graduation --

15  **A.**  Correct.

16  **Q.**  -- outfit --

17  **A.**  Yep.

18  **Q.**  -- right?  His robes?  When you say that Jason probably

19  needs counseling, would you be willing -- if the Court ordered

20  you to see that he has counseling, would you do that?

21  **A.**  Yes, sir.

22  **Q.**  And would you pay for it?

23  **A.**  Yes, sir.

24  **Q.**  When you said there's someone at your home 24 hours a day

25  or thereabouts, who would those people be?

1   **A.**   Well, me and my girlfriend live there.  Her daughter is

2   currently living with us, which she works nights, so she's

3   there all day.  And then my daughter, Emily, just moved back up

4   here from Florida.  She's eight months' pregnant, so she does

5   not work.  She's -- she's always there.

6   **Q.**   So there would be people there to keep an eye on him?

7   **A.**   Yes, sir.

8         **MR. FARESE:**  Nothing further, Your Honor.

9         **THE COURT:**  You may step down, sir.

10         **THE WITNESS:**  Thank you.

11                   * * * * *

1

# CERTIFICATE

2

3    I, Phyllis K. McLarty, RMR, FCRR, CCR #1235, Official

4  Court Reporter for the United States District Court, Northern

5  District of Mississippi, was present in court during the

6  foregoing matter and reported said proceedings

7  stenographically.

8    I further certify that thereafter, I, Phyllis K. McLarty,

9  RMR, FCRR, CCR #1235, have caused said stenographic notes to be

10 transcribed via computer, and that the foregoing 33 pages are a

11 true and accurate transcription to the best of my ability.

12    Witness my hand, this 8th day of June, 2018.

13

                         /s/ Phyllis K. McLarty
14                       PHYLLIS K. McLARTY, RMR, FCRR, CCR #1235
                         Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25