**FILED**

**OCT 0 3 2018**

DAVID CREWS, CLERK

By _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18-CR-040

NATHAN CALEB BROWN

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to Count One of the Superseding Indictment, which charges that the defendant did knowingly and intentionally transmit a communication in interstate commerce containing a threat to injure the person of another, intending the message to be a threat, and with the knowledge that the communication would be viewed as a threat; that is BROWN, through @404kitten, threatened to commit a school shooting by tweeting the comment: "who wanna make a Columbine v2 with me rn" along with a photo of students at Columbine High School gathering near the school, in violation of Title 18, United States Code, Section §875(c), which carries maximum possible penalties of not more than five (5) years imprisonment, a $250,000 fine, three (3) years supervised release, and a special assessment of $100.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and agrees to dismiss all other counts of the Superseding Indictment as to this defendant upon conclusion of sentencing on Count One.

3. RESTITUTION: The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. § 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6. ACKNOWLEDGMENTS: No Other Agreements; Defendant Is in Fact Guilty. Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not

the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the __21st__ day of __September__, 2018.

_____
WILLIAM C. LAMAR
United States Attorney
MS Bar No. 8479

AGREED AND CONSENTED TO:

_____
NATHAN CALEB BROWN
Defendant

APPROVED:

_____
STEVEN E. FARESE
Attorney for Defendant
MS Bar No. 5137