IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                  CAUSE NO. 3:18-cr-040SA

NATHAN CALEB BROWN                  DEFENDANT

**POSITION OF DEFENDANT
WITH RESPECT TO PRESENTENCE REPORT**

COMES NOW, the Defendant, Nathan Caleb Brown, by and through his attorneys of record, Steven E. Farese, Sr. and Joseph W. Cooper, and respectfully states he has no objection to the pre-sentence report as filed. However, there is one correction, the Defendant is now employed full time at the Target on Goodman Rd in Olive Branch, Mississippi.

RESPECTFULLY SUBMITTED this the 14th day of December, 2018.

s/STEVEN E. FARESE, SR.
Steven E. Farese, Sr. MSB #5137
Joseph W. Cooper MSB #104278
FARESE & FARESE, P.A.
122 CHURCH STREET
P.O. BOX 98
ASHLAND, MISSISSIPPI 38603
662-224-6211

ATTORNEY FOR NATHAN CALEB BROWN

**CERTIFICATE OF SERVICE**

     I, Steven E. Farese, Sr., hereby certify that on December 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following: Hon. Clay Dabbs, AUSA and I hereby certify that I have sent via electronic mail this document to the following non-ECF participant(s): Kimberlee Hatter, Senior U.S. Probation Officer.

                                                                                             s/Steven E. Farese, Sr.